IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 21-cv-00765-CMA-NYW

KEVIN WARD,

    Plaintiff,

v.

ACUITY,

    Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the October 6, 2021 Recommendation of United States Magistrate Judge (Doc. # 33), wherein Magistrate Judge Nina Y. Wang recommends that this court deny Plaintiff Kevin Ward's Opposed Motion for Leave to Amend the Complaint to Add Necessary Party (Doc. # 24). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 33 at 17 n.7.) Despite this advisement, no objection to Magistrate Judge Wang's Recommendation has been filed by any party.

"[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the

district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings")).

After reviewing the Recommendation of Magistrate Judge Wang, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS as follows:

- the October 6, 2021 Recommendation of United States Magistrate Judge Nina Y. Wang (Doc. # 33) is AFFIRMED and ADOPTED as an Order of this Court;

- Plaintiff's Opposed Motion for Leave to Amend the Complaint to Add Necessary Party (Doc. # 24) is DENIED.

DATED:  November 3, 2021

BY THE COURT:

*[signature]*
CHRISTINE M. ARGUELLO
United States District Judge